UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONALD CARLOS SEOANE,
Plaintiff,

v.

DONALD JOHN TRUMP,
Defendant.

Case No. 26-cv-08143-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Donald Carlos Seoane has not responded to the Clerk's Notices to file a complaint and a motion to proceed in forma pauperis (or submit full payment for the filing fee). (Dkt. Nos. 2 and 3.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Seoane may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; and (iii) contain a complete application to proceed in forma pauperis or full payment for the $405.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 25, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California